U. S. DISTRICT COURT
N. D. OF N. Y.
FILED

JUN 0 7 2005

AT _____ O'CLOCK ____M
LAWRENCE K. BAERMAN, Clerk
UTICA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

NATHANIEL ANTONE POTTER,

                Petitioner,

vs                                            6:05-CV-391

UNITED STATES OF AMERICA,

                Respondent.

---

APPEARANCES:                                  OF COUNSEL:

NATHANIEL ANTONE POTTER, Pro Se
04-A-4494
Adirondack Correctional Facility
P.O. Box 110
Ray Brook, New York 12977-0110

HON. GLENN T. SUDDABY             STEVEN A. TYRRELL, ESQ.
United States Attorney                  GRANT C. JAQUITH, ESQ.
Attorney for United States            Assistants U.S. Attorney
Northern District of New York
P. O. Box 7198
100 South Clinton Street
Syracuse, New York 13261-5165

DAVID N. HURD
United States District Judge

## ORDER

    Petitioner has filed a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence.

    For the reasons set forth in the United States response, the motion is DENIED, and the petition is DISMISSED.

    IT IS SO ORDERED.

Dated:  June 7, 2005
           Utica, New York.

_____
United States District Court